FILED

2014 MAY 19 PM 12: 08

1  Tyesha Jackson Wise
2  2057 W 65th Street
   Los Angeles, CA 90047
3  (323) 306-4965
   Tjacksonwise@icloud.com
4  Pro Se

5          UNITES STATES DISTRICT COURT

6          CENTRAL DISTRICT OF CALIFORNIA

7
8  TYESHA JACKSON WISE,            Case No: CV14-3837 DSF AGRx

            Plaintiff,
9
10 vs.                            COMPLAINT AND DEMAND FOR
                                  JURY TRIAL
11 MANUFACTURERS AND TRADERS TRUST
   COMPANY,                       (UNLAWFUL DEBT COLLECTION
12                                PRACTICES)

            Defendant
13

14              **VERIFIED COMPLAINT**

15     TYESHA JACKSON WISE ("Plaintiff"), alleges the following against

16 MANUFACTURERS AND TRADERS TRUST COMPANY, known as M & T BANK

17 ("Defendant"):

18

19

20              **INTRODUCTION**

21  1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collections Practices Act,

22     *15 U.S.C. 1692 et seq.* (FDCPA).

23  2. Count II of the Plaintiffs' Complaint is based on Rosenthal Fair Debt Collection

24     Practices Act, *Cal Civ. Code §1788 et seq.* (RFDCPA).

25

26
                              -1-
                      VERIFIED COMPLAINT



3. Count III of the Plaintiffs' Complaint is based on the Telephone Consumer Protection Act, *47 U.S.C. 227 et seq.* (TCPA).

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d),* which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein. Jurisdiction of this court arises pursuant to *28 U.S.C. § 1331.*

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391 (b)(2).*

## PARTIES

7. Plaintiff is a natural person residing in Los Angeles, Los Angeles County, California.

8. Defendant is a debt collector as that term is defined by *15 U.S.C.1692a(6)* and *Cal. Civ. Code §1788.2(c).*

9. Defendant is a company located in Buffalo, New York.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Between December 2013 and May 2014, Defendant began placing telephone calls to Plaintiff's cell phone.

-2-
VERIFIED COMPLAINT

12. Upon information and belief, Defendant is placing calls to Plaintiff's cell phone in an attempt to collect a debt allegedly owed by Tyesha Jackson Wise ("Plaintiff").

13. On January 16, 2014, Defendant called Plaintiff's cellular telephone using artificial and/or prerecorded voice technology to coerce payment of alleged debt, with the intent to annoy, abuse or harass Plaintiff. Plaintiff informed M & T Bank representative, Mark, to stop calling. Plaintiff advised M & T Bank representative, Manuel, to stop calling on the same day. Further Plaintiff advised supervisor, Chip, to stop calling on the same day. On January 22, 2014, Plaintiff advised M & T Bank representative, Kim, to stop calling.

14. On January 27, 2014, Plaintiff faxed a letter to Defendant again informing Defendant to stop calling Plaintiff's cell phone in attempts to collect a consumer debt. *See* copy of letter and fax confirmation, attached hereto as Exhibit A.

15. Despite the aforementioned notice and acknowledgment of the letter by Defendant, Defendant continued to place telephone calls, using an automated dialer, to Plaintiff regarding an alleged debt, as recent as May 13, 2014.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated § *1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse any person in connection with the collection of a debt, including but not limited to:

b.  Violation of § *1692d(5)* by causing a telephone to ring or engaging any person

in telephone conversation repeatedly or continuously with intent to annoy,

abuse, or harass any person called at that number.

WHEREFORE, Plaintiff TYESHA JACKSON WISE respectfully request judgment

be entered against Defendant M & T BANK, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collections Practices Act,

*15 U.S.C. 1692k,*

18. Costs pursuant to the Fair Debt Collections Practices Act, *15 U.S.C. 1692k,*

19. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint

as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on the following:

a.  Violation of *§1788.11(d)* of the RFDCPA by causing Plaintiffs' telephone

to ring repeatedly and continuously so as to annoy and harass Plaintiff.

b.  Violation of *§1788.11(e)* of the RFDCPA by placing collection calls to

Plaintiff with such frequency that was unreasonable and constituted

harassment.

c.  Violation of the *§1788.17* of the RFDCPA by continuously failing to

comply with the statutory regulations contained with the FDCPA, *15*

*U.S.C. § 1692 et seq.*

-4-
VERIFIED COMPLAINT

WHEREFORE, Plaintiff TYESHA JACKSON WISE respectfully request judgment be entered against Defendant M & T BANK, for the following:

22. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b),*

23. Costs pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c),* and

24. Any other relief that this Honorable Court deems appropriate.

## COUNT III
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

25. Plaintiff repeats and realleges all of the allegations in Count I and Count II of Plaintiff's Complaint as the allegations in Count III of Plaintiff's Complaint.

26. Defendant initiated at least six (6) telephone calls to Plaintiff's telephone line, in which Defendant used, controlled and or operated "automatic telephone dialing systems" as defined by § 227(a)(1) of the TCPA.

27. Defendant initiated at least eight (8) telephone calls to Plaintiff's cellular telephone, after consent had been revoked, in violation of §227(b)(1)(A)(iii).

WHEREFORE, Plaintiff TYESHA JACKSON WISE respectfully request judgment be entered against Defendant M & T BANK for the following:

28. Statutory damages of $12,000.00 ($1500 per call), pursuant to the Telephone Consumer Protection Act, *47 U.S.C. 227b(3)(B).*

29. Costs pursuant to the Telephone Consumer Protection Act, *47 U.S.C. 227b(3)(B).*

-5-
VERIFIED COMPLAINT

30. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff TYESHA JACKSON WISE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: May 19, 2014

By: _____

TYESHA JACKSON WISE
PRO SE
2057 W 65TH STREET
LOS ANGELES, CA 90047
T: (323) 306-4965
Email: Tjacksonwise@icloud.com

-6-
VERIFIED COMPLAINT

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF CALIFORNIA

Plaintiff TYESHA JACKSON WISE states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have prepared the above entitled civil Complaint and I believe that all of the facts contained in it are true, to the best of my knowledge.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, TYESHA JACKSON WISE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 5/19/14

TYESHA JACKSON WISE

-7-
VERIFIED COMPLAINT

`15032961ᴏᴏ`                                               `P.01/01`

# TRANSACTION REPORT

JAN/31/2014/FRI 03:47 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JAN/31 | 03:46PM | 917168483748 | 0:00:48 | 3 | MEMORY | OK | ECM 6195 |

`1ᴊᴜᴜ296100`                                              `P.01/01`

# TRANSACTION REPORT

JAN/27/2014/MON 11:13 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JAN/27 | 11:12AM | 917168483748 | 0:00:31 | 1 | MEMORY | OK | ECM 5533 |

January 27, 2014

M&T Bank
P.O. Box 1288
Buffalo, NY 14240-1288

Account No. 0053501557

To Whom It May Concern:

I no longer wish to receive communication regarding my account via telephone. Please remove my telephone number from my account. I would like to request that all communication regarding my account be done via U.S. Mail.

On 1/16/14 at 1:33pm PST, I advised call rep, Mark that I did not wish to receive calls. On the same day, I also advised Manuel and supervisor, Chip, I did not wish to receive calls. On 1/22/14, I advised Kim that I did not wish to receive calls.

Since my verbal requests have been ignored, this letter serves as my written request for all calls to cease. Please send all communication via U.S. Mail to 2057 W. 65th Street, Los Angeles, CA 90047.

Best,

Tyesha Jackson-Wise

Exhibit A

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

TYESHA JACKSON WISE

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Manufacturers And Traders Trust Company

**(b) County of Residence of First Listed Plaintiff** Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

Tyesha Jackson Wise   (323) 306-4965
2057 W 65th street
Los Angeles, CA 90047

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 14,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. 1692    47 U.S.C. 227 - Defendant violated FDCPA, RFDCPA and TCPA.
CA Civil Code 1788

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   CV14-3837

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?  ☐ NO  ☒ YES

If yes, list case number(s):  CV14-3014

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?  ☐ NO  ☒ YES

If yes, list case number(s):  2:11CV03503 · DDP · JCG

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)

☒ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _Marla Jackson_       DATE: 5/19/14

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |